# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON EVAN BROWNE, | Case No. 2:20-cv-02174-KJD-NJK |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

Petitioner Jason Evan Browne has sent to this court an application for leave to file second or successive petition under 28 U.S.C. § 2254 or motion under 28 U.S.C. § 2255. ECF No. 1-4. He also has sent a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1-1 through 1-3. The petition indeed is second or successive. Browne challenged the same state-court judgment of conviction in Browne v. McDaniel, Case No. 3:07-cv-00290-RCJ-RAM. This court denied that petition on its merits, and Browne's appeal was unsuccessful. Browne does need authorization from the court of appeals to file a second or successive petition. 28 U.S.C. § 2244(b)(3). The court will refer Browne's application to the court of appeals. See Circuit Rule 22-3(a).

IT THEREFORE IS ORDERED that the clerk of the court refer this action to the United States Court of Appeals for the Ninth Circuit under Circuit Rule 22-3(a), for a determination on petitioner's application for leave to file second or successive petition (ECF No. 1-4).

1

1  IT FURTHER IS ORDERED that the clerk of the court administratively close this action.

2  DATED: December 10, 2020

_____
KENT J. DAWSON
United States District Judge